# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JULIA GARY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2967
_____

March 25, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

Loren D. Rhoton of Loren Rhoton, P.A., Tampa, for Appellant.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.